UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF GILROY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-03206-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO RESPOND TO DISCOVERY**<br><br>Re: Dkt. No. 26 |

The Court is in receipt of the City's Discovery Letter Brief regarding Plaintiff's failure to respond to requests for production. Dkt. 26. Plaintiff is ordered to show cause as to why the City's request – that Plaintiff promptly respond without objection and produce all requested documents, including documents which might otherwise be privileged - should not be granted. Accordingly, no later than **February 10, 2025**, Plaintiff must either:

- Serve responses without objection and produce all responsive documents and file a statement with the Court that it has done so; or
- File a response to this Order to Show Cause explaining why the City's request should not be granted.
- If Plaintiff files a response to the Order to Show Cause, the Court will hold **a hearing by video conference on February 13, 2024 at 10 a.m**. If Plaintiff serves responses and produces documents, the Court will vacate the hearing.

**SO ORDERED.**

Dated: February 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge