NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF GILROY, ANDREW LOPEZ, MICHAEL MCMAHON, ANDREW VIALE, OFC. FRAIDE, OFC. ARBIZU, OFC. BOBADILLA, OFC. STANFORD AND OFC. ROMERO

APPROVED
Judge Susan van Keulen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROJAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>City of Gilroy et al.,<br><br>          Defendants. | Case No. C24-03206 SVK<br><br>**JOINT REQUEST TO RESET THE ORDER TO SHOW CAUSE HEARING** |

As the court is aware, on April 3, 2025, this matter settled at a Settlement Conference with Judge DeMarchi (see ECF 42). On April 8, 2025, the Court issued an Order to Show Cause Re Settlement (ECF 43), setting a deadline for the filing of a dismissal by May 6th and OSC hearing on May 13th if it not filed by that date. The parties need additional time to finalize settlement.

Since the settlement was reached, the Settlement Agreement and Release has now been executed by all interested parties. The last step to finalize settlement will be for the settlement check to be sent to Plaintiff, which may take a few weeks. Once that check is sent to Plaintiff, the parties will then be able to file a Stipulation and Proposed Order for a dismissal of this action, with prejudice. The parties need additional time to finalize settlement in this case. As such, the parties jointly request that the Court reset the OSC date and deadline to file a dismissal for a date in June,

1 proposing June 10th, the same date as the current Case Management Conference in this case, so that
2 this matter can be finalized and a Stipulation and Proposed Order for a dismissal of this action, with
3 prejudice, can be filed by then. Defense counsel is confident that a dismissal request will be filed
4 in May.

We hereby attest that concurrence in the filing of this document has been obtained from each of the Signatories listed below, which shall serve in lieu of their signatures on the document.

Dated: May 1, 2025          BECKER LAW PRACTICE

/s/ Matthew Becker
Matthew Becker
Attorney for Plaintiff


Dated: May 1, 2025          MCNAMARA, AMBACHER, WHEELER,
                            HIRSIG & GRAY LLP


By:    /s/ Noah G. Blechman
       Noah G. Blechman
       John J. Swafford
       Attorneys for Defendants,
       CITY OF GILROY, ANDREW LOPEZ, MICHAEL
       MCMAHON, ANDREW VIALE, OFC. FRAIDE,
       OFC. ARBIZU, OFC. BOBADILLA, OFC.
       STANFORD AND OFC. ROMERO